UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JENNIFER WILSON,**

                        **Plaintiff(s)**

v.                                                          **CASE NO. 2:22cv502**

**CONDUENT PATIENT
ACCESS SOLUTIONS, LLC**, *et al.*,

                        **Defendant(s).**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Bristol-Myers Squibb and Verizon Benefits Center are DISMISSED from this action without prejudice; Conduent's Motion to Dismiss, ECF No. 8, is GRANTED; and Plaintiff's Complaint is DISMISSED without prejudice to its submission to binding arbitration.

DATED: December 4, 2023                                      FERNANDO GALINDO, Clerk

                                                                                      By      /s/
                                                                                        E. Price, Deputy Clerk